JUDGE SCHOFIELD

JUDGE SCHOFIELD

| PROB 22 (Rev. 11/23) | | DOCKET NUMBER *(Tran. Court)* 113G 5:23CR00020 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* **25cr456** |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Amari Boykin Bronx, New York | DISTRICT MIDDLE DISTRICT OF GEORGIA | |
| | NAME OF SENTENCING JUDGE Marc T. Treadwell | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/04/2025   TO 06/03/2028 |

**OFFENSE**

<u>Count 1:</u> Possessing Counterfeit Obligations or Securities – 18 U.S.C. § 472, Not More Than 20 years Imprisonment/$250,000 Fine, a Class C Felony.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Boykin has secured stable residence in the Southern District of New York and has no intention to return to the Middle District of Georgia.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "MIDDLE DISTRICT OF GEORGIA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Georgia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_October 2, 2025_
Date

_[signature]_
United States District Judge

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Amari Boykin's supervision from the Middle District of Georgia to the Southern District of New York, the sealed records of the Court in the above-styled matter relating to Amari Boykin are unsealed for the limited purpose of transferring those records to the United States District Court for the Middle District of Georgia and to the Probation Department in that district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

10/7/25
Effective Date

_[signature]_
United States Magistrate Judge